# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

CALVIN RAY MCDANIEL                                                                      PLAINTIFF

V.                                            3:09CV00099-WRW/JTR

THOMAS G. MONTGOMERY,
Crittenden County Public Defender;
and BART E. ZIEGENHORN,
Crittenden County Public Defender                                                     DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that the Complaint is DISMISSED, WITH PREJUDICE, for failing to state a claim upon which relief may be granted. The dismissal constitutes a "strike" as defined by 28 U.S.C. § 1915(g). Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 24th day of July, 2009.

/s/Wm. R. Wilson, Jr.
UNITED STATES DISTRICT JUDGE